# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

VALERIE LACEY and
RY'KIA LACEY                                                                PLAINTIFFS

v.                      Case No. 2:16-cv-00016 KGB

NORAC, INC., d/b/a
NORAC ADDITIVES                                                             DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that judgment is entered in favor of defendant Norac, Inc., d/b/a Norac Additives on plaintiffs Valerie Lacey and Ry'Kia Lacey's claims. Ms. Valerie Lacey and Ry'Kia Lacey's claims are dismissed with prejudice; the relief sought is denied.

So adjudged this the 30th day of March, 2018.

_____
Kristine G. Baker
United States District Judge